

# MOTION FOR COMPASSIONATE RELEASE

"PJ23"

United States Courts
Southern District of Texas
FILED

DEC 1 4 2020

David J. Bradley, Clerk of Court

December 8, 2020

By: Patrick Jennings #2047250
&
Clifton Hennington #2069964

TO THE HONORABLE JUDGES OF: United States District Court
Southern District of Texas
— Corpus Christi Division —

please file = "PJ 23" Compassionate Release Motion

starring:

1. <u>Patrick Jennings</u>

featuring:

2. Gary Martinez

3. Eli Vernon III

4. Jaccara T. Lane

5. Sherman Anderson

6. Stanton Mays

7. Jason Sewell

8. Lamonte Brown

9. Douglas Baird

10. Carlos Rodriguez

11. Tyree Cox

12. Tyler J. Nankervis

13. Roger Austin

14. Russell Little

15. Jetaris Bryant

16. Frank DiStefano

17. Manuel Delacruz

18. Geronimo Rivera

19. Osvaldo Luna

20. Braylon Cloud

21. Dean McCarter

22. Damon Fowler

23. Astroid Benton

United States Courts
Southern District of Texas
FILED

DEC 14 2020

David J. Bradley, Clerk of Court

None of these prisoners have
any interest in getting involved
in criminal activities, and none
of them wish to suffer any
longer to COVID-19, while in
prison. Both State and Federal
Prisoners deal with COVID-19.

[Lamentations 3:22-23]

"It is of the Lord's mercies, that we
are not consumed, because "His Compassions"
(0) fail not. They are new, every morning, ...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF,

V.                                CASE NO. _____

PATRICK JENNINGS, et al.,
DEFENDANT,

COMPASSIONATE RELEASE
COVID-19 MOTION

1. All Named persons on this request for time commutation and Compassionate Release are or were incarcerated in a Texas State Prison during the year of 2020. Furthermore, each inmate on this Motion, named "PJ23", are all affected by Coronavirus and prays that this Court enter judgement.

2. THE United States of America has jurisdiction over the State of Texas. The State of Texas` parole system is not up to speed, as it should be. Also, each of the inmates of "PJ23" Compassionate Release Motion, were not granted parole. The United States of America is a country of freedom and rule of law. Each defendant has failed to live up to their Country's standards, The United States of America owes them nothing.

(1)

3. Patrick Jennings, is and was housed at the George Beto Unit Prison in Palestine, Texas. Patrick Jennings is the lead defendant of the "PJ23" Compassionate Release Motion.

4. Gary Martinez, is and was housed at the George Beto Unit Prison in Palestine, Texas. Gary Martinez is a member and defendant of the "PJ23" Compassionate Release Motion.

5. Eli Vernon, is and was housed at the George Beto Unit Prison in Palestine, Texas. Eli Vernon is a member and defendant of the "PJ23" Compassionate Release Motion.

6. Jaccara T. Lane, is and was housed at the George Beto Unit Prison in Palestine, Texas. Jaccara T. Lane is a member and defendant of the "PJ23" Compassionate Release Motion.

7. Sherman Anderson, is and was housed at the George Beto Unit Prison in Palestine, Texas. Sherman Anderson is a member and defendant of the "PJ23" Compassionate Release Motion.

8. Stanton Mays, is and was housed at the George Beto Unit Prison in Palestine, Texas. Stanton Mays is a member and defendant of the "PJ23" Compassionate Release Motion.

9. Jason Sewell, is and was housed at the George Beto Unit Prison in Palestine, Texas. Stanton Mays is a member and defendant of the "PJ23" Compassionate Release Motion.

10. Lamonte Brown, is and was housed at the George Beto Unit Prison in Palestine, Texas. Lamonte Brown is a member and defendant of the "PJ23" Compassionate Release Motion.

11. Douglas Baird, is and was housed at the George Beto Unit Prison in Palestine, Texas. Douglas Baird is a member and defendant of the "PJ23" Compassionate Release Motion.

12. Carlos Rodriquez, is and was housed at the George Beto Unit Prison in Palestine, Texas. Carlos Rodriquez is a member and defendant of the "PJ23" Compassionate Release Motion.

13. Tyrese Cox, is and was housed at the George Beto Unit Prison in Palestine, Texas. Tyrese Cox is a member and defendant of the "PJ23" Compassionate Release Motion.

14. Tyler Nanternis, is and was housed at the George Beto Unit Prison in Palestine, Texas. Tyler Nanternis is a member and defendant of the "PJ23" Compassionate Release Motion.

15. Roger Austin, is and was housed at the George Beto Unit Prison in Palestine, Texas. Roger Austin is a member and defendant of the "PJ23" Compassionate Release Motion.

16. Russell Little, is and was housed at the George Beto Unit Prison in Palestine, Texas. Russell Little is a member and defendant of the "PJ23" Compassionate Release Motion.

17. Jekaris Bryant, is and was housed at the George Beto Unit Prison in Palestine, Texas. Jekaris Bryant is a member and defendant of the "PJ23" Compassionate Release Motion.

18. Frank Distefano, is and was housed at the George Beto Unit Prison in Palestine, Texas. Frank Distefano is a member and defendant of the "PJ23" Compassionate Release Motion.

19. Manuel Delacruz, is and was housed at the George Beto Unit Prison in Palestine, Texas. Manuel Delacruz is a member and defendant of the "PJ23" Compassionate Release Motion.

20. Geronimo Rivera, is and was housed at the George Beto Unit Prison in Palestine, Texas. Geronimo Rivera is a member and defendant of the "PJ23" Compassionate Release Motion.

21. Osvaldo Luna, is and was housed at the George Beto Unit Prison in Palestine, Texas. Osvaldo Luna is a member and defendant of the "PJ23" Compassionate Release Motion.

22. Braylon Cloud, was housed at the George Beto Unit Prison, and is now on the Telford Unit in New Boston, Texas. Braylon Cloud is a member and defendant of the "PJ23" Compassionate Release Motion.

23. Dean McCarter, was and is housed at the Gib Lewis Unit Prison, in Woodville, Texas. Dean McCarter is a member and defendant

(4)

of the "PJ23" Compassionate Release Motion.

24. Damon Fowler, is and was housed at the McConnell Unit in Beeville, Texas. Damon Fowler is a member and defendant of the "PJ23" Compassionate Release Motion.

25. Astroid Benton, is and was housed at the Darrington Unit Prison in Rosharon, Texas. Astroid Benton is a member and defendant of the "PJ23" Compassionate Release Motion.

26. From November of 2019, up until December of 2020 and beyond; All above defendants had symptoms of COVID-19 while incarcerated in the Texas Prison System. With no fault to the Plaintiff, The United States of America; inmates in Texas were forcibly being transferred to and from different prisons and county jails, on or about March 12th to April 5th of 2020. Even after President Trump put out a clear National Emergency speech on March 13, 2020. Also, after Texas Governor Gregg Abbott announced around March of 2020 that all businesses in the State shut down, and Prison and Jail transfers as well. Correctional Staff, Nurses, and Prison Staff members had COVID-19.

27. Yet, The Texas Department of Corrections ignored the National Emergency put out by President Donald Trump and the Plaintiff, United States of America. The, Defendants were moved or other inmates were moved to and the Darrington, McConnell, Telford, and George Beto Prison Units, bringing COVID-19 with them,

While under color of State Law. see <u>Martinez V. City of Los Angeles</u> 141 F.3d 1373 (9th Cir. 1998).

28. During the above stated months of 2019 and 2020; Astroid Benton, Damon Fowler, Dean McCarter, and Braylon Cloud; all did experience COVID-19 symptoms at some point. Defendants Benton, Fowler, McCarter, and Cloud all had soar throats, coughing and sneezing, as well as minor issues with vomiting. COVID-19 has taken many lives of those incarcerated in Texas State Prisons as well as Federal Prisons, with no fault of the Plaintiff.

29. During the above stated months of 2019 and 2020; Osvaldo **Luna**, Geronimo Rivera, Manvel Delacruz, Frank Distefano, Jetaris Bryant, and Russell Little all experienced stomach pains, coughing, and headaches in 2020 while on George Beto Unit. Both of Geronimo Rivera's parents passed away, due to COVID-19. Rivera or none of the other defendants of "PJ23", recieve furloughs, as COVID-19 took the lives of their loved ones, and is still not cured.

30. During the above stated months of 2019 and 2020; defendants Roger Avosh, Tyler Nantervis, Tyrese Cox, Carlos Rodriguez, Douglas Baird, Lamonte Brown, Jason Sewell, Stanton Mays, Sherman Anderson, Jacara T. Lane, Eli Vernon, Gary Martinez, and lead defendant Patrick Jennings all suffered from headaches, coughing, soar throats, and Other COVID-19 symptoms, while on lockdown, during the months of April and May of 2020. Some of these members also had loved ones, who were affected by COVID-19, as well.

31. Upon information and belief, only Federal inmates are allowed "Compassionate Relief", and not State inmates. However, each and every

defendant respectfully argues that their 14th Amendment right could be violated, as "discrimination" is an issue. The Plaintiffs United States of America, protects the rule of law by upholding these traditional standards, set by our forefathers. The forefathers of this great Country, ~~Policies~~ were upheld by the United States President Donald A. Trump.

32. In a situation, where it is clearly impossible to practice social distancing in facilities with poor conditions and low quality medical assistance; thousands of inmates have already died while in prisons. Some, not even guilty of their convictions. Medical conditions in both State and Federal prisons are "extraordinary and compelling". Not only is the releasing **of** only Federal inmates, discrimination against State prisoners. It is also cruel and unusual punishment, argues each defendant. Can State Prisoners get equal treatment?

33. Lastly, the United States of America, our great Country, that keeps its standards high and its creed and history relevant. So, even during a life-threatening disease and adverse medical conditions. The Plaintiff clarifies, that a number of district courts have so concluded that Guideline § 1B1.13 cmt, n.1 does not restrain a Court's assessment of whether extraordinary and compelling reasons exists to release a defendant. Courts have concluded that the Commission's failure to amend Guideline § 1B1.13 and related Commentary following the First Step Act does not preclude a Court from acting on motions for sentence reductions or using the catch-all provision in Application Note 1(D). See United States V. Muniz,

,2020 WL 1540325 (SD Tex. Mar. 30, 2020).

34. Each and every defendant, does understand that the Plaintiff owes them nothing. They understand that they do not deserve anything from the Plaintiff, therefore they ask not of any punitive damages, because the Plaintiff has not harmed them, COVID-19 did. Let the record reflect; Defendants: Patrick Jennings, Gary Martinez, Eli Vernon, Jaccara T. Lane, Sherman Anderson, Stanton Mays, Jason Sewell, Lamonte Brown, Douglas Baird, Carlos Rodriguez, Tyrese Cox, Tyler Nantervis, Roger Austin, Russell Little, Jethnis Bryant, Frank Distefano, Manuel Delacruz, Geronimo Rivera, Osvaldo Luna, Braylon Cloud, Dean McCarter, Damon Fowler, Astroid Benton all were incarcerated and had symptoms of COVID-19. Some suffered more than others, and many of their loved ones have died from COVID-19. They all ask for relief!

35. Each defendant and member of the "PJ23" Compassionate Release, named after "Patrick Jennings and 23 members", asks this Court to so grant them relief by significant sentence reductions (particularly for those with life sentences), also a chance at being released, due to COVID-19 and it's deadly affect. Some of these defendants have been hospitalized and do suffer from mental, emotional, and spiritual set backs. However, each defendant asks for relief and to be eventually released from prison. All above defendants are willing to report to supervision with monitors (if necessary). Most of all, the "PJ23" Compassionate Release Motion members prays, this Court will not discriminate against them, because they are State prisoners, who suffer as much

(6)

as do the Federal prisoners. Could you please release them?

36. Like the "Beto 12", Compassionate Release members, see Hennington V. Stiefer, 6:20cv593 (EDTX 2020). Each member of the "PJ23" Compassionate Release ~~Motion, members are~~ Motion, respectfully asks this Court, not to require security from them, as they present their Motion For Compassionate Release! see Wilson V. Seiter, 501 U.S. 294, 305 (1991), also U.S V. Rehman, 14-19-CR-0254 (EDTX Apr. 10, 2020).

Respectfully Submitted
_____ 12/8/20
PATRICK K. JENNINGS # 2047250

## UNSWORN DECLARATION

I Clifton B. Hennington, declare under penalty of perjury that each and every above statement is true and correct, so help me God!

_____ 12/8/20
CLIFTON B. HENNINGTON #2069964

Patrick Jennings #20472250
George Beto Unit
1391 Fm 3328
Palestine, TX  75880

United States District Court
1133 North Shoreline Blvd.
Corpus Christi, TX  78401

United States Courts
Southern District of Texas
FILED

DEC 1 4 2020

David J. Bradley, Clerk of Court

LEGAL
MAIL